Philip D. Dapeer (State Bar No. 53378)
PHILIP D. DAPEER
A Law Corporation
5670 Wilshire Boulevard
Suite 1470
Los Angeles, California 90036-5614

T: (323) 954-9144  F: (323) 954-0457

Attorney for Debtor and Proposed Attorney for Debtor-In-Possession

JUDGMENT NOT SIGNED BECAUSE CASE WAS DISMISSED - AMA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>DAVID OREN, INC., a California corporation,<br><br>　　　　　　Debtor.<br>_____<br>DAVID OREN, INC., a California corporation,<br>　　　　　　Plaintiff(s),<br>v.<br><br>PACIFIC DISTRIBUTORS,<br>　　　　　　Defendant(s), | Case No.  LA 03-36707 AA<br><br>Adv. No.  AD 04-01252 AA<br><br>[Chapter 11]<br><br>**JUDGMENT ON COMPLAINT TO RECOVER PREFERENTIAL TRANSFER**<br><br>DATE: AUGUST 4, 2004<br>TIME: 11:00 A.M.<br>COURTROOM: 1375 |

　　　　This matter came on regularly for hearing before the undersigned on the application of the debtor for entry of default judgment against defendant. The defendant having been duly served with summons and complaint and notice of status conference, and having failed to timely serve a responsive pleading to the complaint and the defendant's default having been entered

**JUDGMENT ON COMPLAINT TO RECOVER PREFERENTIAL TRANSFER**

C:\Docs\D0019.001-18-PACIFIC\Judgment-707-252.wpd



-1-

1  previously in this case, and the court having considered the
2  written declaration of the debtor's president in support of
3  debtor's application for entry of default judgment, and good cause
4  appearing therefor, it is

6  **HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

8       1.   Judgment shall be entered in this action in favor of
9  plaintiff David Oren, Inc., a California corporation, debtor-in-
10 possession and against defendant Pacific Distributors in the sum of
11 4,260.60, plus costs of suit in accordance with a cost bill duly
12 presented by plaintiff, debtor-in-possession.

15 DATED: _____

                              _____
16                            United States Bankruptcy Judge

18 Submitted By:

Philip D. Dapeer,
20 a law corporation

22 By: _____
       Philip D. Dapeer,
23 Attorneys for Plaintiff,
   David Oren, Inc.

---

**JUDGMENT ON COMPLAINT TO RECOVER PREFERENTIAL TRANSFER**

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>DAVID OREN, INC., a California corporation,<br><br>Debtor. | CHAPTER 11<br>ADV. NO. AD 04-01252 AA<br>CASE NUMBER: LA 03-36707 AA |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
JUDGMENT ON COMPLAINT TO RECOVER PREFERENTIAL TRANSFER

was entered on *(specify date)*:

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):

Dated:

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
**Deputy Clerk**

---

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

## **MAILING LIST FOR NOTICE OF ENTRY**

Philip D. Dapeer
A Law Corporation
5670 Wilshire Blvd., Suite 1470
Los Angeles, CA 90036-5614

C:\Docs\D0019.001-18-PACIFIC\POS-NOT-ENTRY#2.wpd