


ENTERED SEP - 7 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

FILED SEP - 7 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>DAVID OREN, INC.<br>a California corporation<br><br>                Debtor(s)<br><br>DAVID OREN, INC. a California corporation<br><br><br><br>                Plaintiff(s)<br>vs.<br><br>PACIFIC DISTRIBUTORS<br><br><br><br>                Defendant(s) | CHAPTER 11<br><br>CASE NO. 03-36707 AA<br><br>ADV. NO. 04-01252 AA<br><br><br>ORDER DISMISSING ADVERSARY<br>PROCEEDING FOR WANT OF<br>PROSECUTION<br><br><br><br>Date:  August 25, 2004<br>Time:  10:30 a.m.<br>Place: COURTROOM "1375" |

The Complaint to avoid preferential transfer came on for a hearing on August 25, 2004 at 10:30 a.m. Counsel for Plaintiff did not appear at the above reference hearing and did not comply with Local Bankruptcy Rule 9013-1(1)(p).

IT IS THEREFORE ORDERED that the complaint is hereby DISMISSED pursuant to Local Bankruptcy Rule 7016-1(7).

Dated: September 7, 2004

                                          /s/ Alan M. Ahart
                                          ALAN M. AHART
                                          U.S. Bankruptcy Judge



## CERTIFICATE OF MAILING

    I hereby certify that the within Order was sent by me to the parties in interest on September 7, 2004.

OFFICE OF THE UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 S. FIGUEROA ST., 26TH FLR.
LOS ANGELES, CA   90017

PHILIP D DAPEER
5670 WILSHIRE BLVD. STE. 1470
LOS ANGELES, CA. 90036-5614

DAVID OREN, INC.
1944 LIVONIA AVE
LOS ANGELES, CA. 90034

PACIFIC DISTRIBUTORS
617 S. OLIVE ST., STE. 210
LOS ANGELES, CA. 90014


JON D. CERETTO
U.S. Bankruptcy Clerk of Court
By Cynthia Lewis
Deputy Clerk

DATE: September 7, 2004